# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **PLUMBERS AND PIPEFITTERS** | : | |
| **LOCAL NO. 421 HEALTH AND** | : | |
| **WELFARE FUND; and JEFF** | : | |
| **MORGAN and LEWIS THOMAS,** | : | |
| **as trustees of the aforesaid Fund;** | : | |
| **PLUMBERS AND PIPEFITTERS** | : | |
| **LOCAL NO. 421 PENSION FUND;** | : | |
| **and JEFF MORGAN and PERRY S.** | : | |
| **HOWARD, JR., as trustees of the** | : | |
| **aforesaid Fund; PLUMBERS AND** | : | |
| **PIPEFITTERS OF THE CAROLINAS** | : | |
| **PENSION-ANNUITY TRUST FUND;** | : | |
| **and JEFF MORGAN and PERRY S.** | : | **5:05-CV-127 (DF)** |
| **HOWARD, JR., as trustees of the** | : | |
| **aforesaid Fund,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **T & G ELECTRIC AND** | : | |
| **CONSTRUCTION,** | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

IT APPEARING that the Defendant T & G Electric and Construction ("T &G")

was properly served with a Summons and Complaint and it further appearing that

1

Defendant has failed to file or serve an answer or otherwise respond to the Complaint within 20 days after service of the Complaint and Summons as required by Federal Rule of Civil Procedure ("FRCP") 12, and after considering Plaintiffs' Motion for Default Judgment against Defendant and Brief in Support of Plaintiffs' Motion for Default Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that pursuant to FRCP 55, default judgment is hereby entered in favor of Plaintiffs, and against Defendant.

**IT IS FURTHER ORDERED** that pursuant to 29 U.S.C.A. § 1132(g)(2), T&G is liable to Plaintiffs for the following damages:

(1) Total liability for liquidated damages on "Delinquent Contributions" in the amount of **$ 781.19**, which is broken out into the following components for each named Plaintiff operating as a Fund:

| | |
|---|---|
| Plumbers and Pipefitters Local No. 421 Health and Welfare Fund | $ 763.01 |
| Plumbers and Pipefitters Local No. 421 Pension Fund | $  0.00 |
| Plumbers and Pipefitters of the Carolinas Pension-Annuity Trust Fund | $ 18.18 |

(2) Liability for costs and expenses (including reasonable attorneys' fees)

incurred by Plaintiff in the amount of **$ 9,876.15**; and

(3) Post-judgment interest at the legal rate allowed by law.


SO ORDERED, this 11th day of January, 2006.


**/s/ Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT


DF/jab